NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTORIA V. SALMON,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2011-3029

---

Petition for review of the Merit Systems Protection Board in case no. DC0432090732-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Victoria V. Salmon's motion for leave to file her reply brief out of time,

IT IS ORDERED THAT:

(1) The motion is granted. The reply brief is accepted for filing.

(2) Salmon's initial motion for an extension of time is moot.

FOR THE COURT

**MAY 1 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Phillip R. Kete, Esq.
     Hillary A. Stern, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 8 2011**

**JAN HORBALY**
**CLERK**